No. 836, Misc. GALLEGOS ET AL. *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. *H. D. Reed* for petitioners. *Duke W. Dunbar,* Attorney General of Colorado, and *James W. Creamer, Jr.,* Assistant Attorney General, for respondent.

No. 999, Misc. HARDIN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *T. T. Turnbull,* Assistant Attorney General, for respondent.

No. 1045, Misc. CONWAY *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Michael R. Marron,* Deputy Attorneys General, for respondent.

No. 1190, Misc. SIMPSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer* for the United States.

No. 1232, Misc. HARRIS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1252, Misc. RHODES *v.* HOUSTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 1256, Misc. KHABIRI *v.* VIRGINIA ELECTRIC & POWER CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 1274, Misc. GATLING *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1275, Misc. HUMPHREY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.